IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| DEMETRIUS T. ROGERS | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. CIV-13-453-M |
| STATE OF OKLAHOMA, | ) | |
| Respondent. | ) | |

### ORDER

On May 6, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Court deny petitioner's motion for leave to proceed *in forma pauperis* and dismiss this action without prejudice unless petitioner paid the full $5.00 filling fee to the Clerk of Court by May 28, 2013. On May 21, 2013, petitioner the full $5.00 filing fee.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on May 6, 2013;

(2) DENIES petitioner's motion for leave to proceed *in forma pauperis* [docket no. 2], and

(3) RECOMMITS this matter to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 20th day of June, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE