# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEMETRIUS T. ROGERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-13-453-M |
| | ) |
| HASKELL HIGGINS, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On September 5, 2013, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the Petition for Writ of Habeas Corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by September 25, 2013. On September 26, 2013, petitioner filed his objection, in which he objects to the Supplemental Report and Recommendation in its entirety.

The Court has carefully reviewed the matter de novo. The Court:

(1)  ADOPTS the Supplemental Report and Recommendation issued by the Magistrate Judge on September 30, 2013;

(2)  DENIES the Petition for Writ of Habeas Corpus; and

(3)  ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED** this    11th    day of October, 2013.

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE